# Fifth District Court of Appeal
## State of Florida
_____

Case No. 5D2023-1533
LT Case No. 2022-CF-006159-A
_____

Damon Treyvon Ligon,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.

July 9, 2024

Per Curiam.

    Affirmed.

Makar, Lambert, and Eisnaugle, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____